```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BOND DOCUMENTS** |
| v. | |
| DAVID FOSTER CRANE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant DAVID FOSTER CRANE, and the United States, by and through counsel, that, as agreed in open Court on March 13, 2009, Defendant may post the properties located at 10134 Congress Place, Cupertino, CA and 430 Navaro Place, #117, San Jose, CA, without Title Documents (normally required by General Order 55(II)(B)(1)) or Valuation Documents (normally required by General Order 55(II)(B)(2)).

SO STIPULATED.

3/24/09
Dated

JAMES C. MANN
Assistant United States Attorney

3/24/09
Dated

PAUL DELANO WOLF
Attorney for Defendant David Crane

1        SO ORDERED.

2

3   March 25, 2009                         
   Dated                              HON.                    BRAZIL
4                                      United States Magistrate Judge

- 2 -