LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| DAVID FOSTER CRANE, | |
| Defendant.    / | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant David Foster Crane may travel to Dallas, Texas, for fourteen (14) days, leaving this District on or after May 24, 2009 and returning no later than June 6, 2009. United States Pretrial Service Officer Paul Mamaril has advised Mr. Crane's counsel that he does not oppose Mr. Crane's travel proposed by this stipulation assuming compliance with the conditions included.

It is further ordered that Mr. Crane, prior to his travel, provide Pretrial Services Officer Mamaril with information regarding travel arrangements, including his itinerary and contact information where he may be reached in

//

1  Texas during his stay there.  In addition, Mr. Crane is to
2  communicate with the supervising Pretrial Services Officer during
3  (as directed by Pretrial Services) and immediately after his
4  travel.  All other terms of Mr. Crane's initial pretrial release
5  shall remain in effect.
6           SO STIPULATED.

7
                                   /s/
8  _____              _____
   Dated                     JAMES MANN
9                            Assistant United States Attorney

10
                                   /s/
11 _____              _____
   Dated                     PAUL DELANO WOLF
12                           Attorney for Defendant
                             DAVID FOSTER CRANE
13
            SO ORDERED.
14
    May 6, 2009            _____
15 Dated                     HONORABLE WAYNE D. BRAZIL
                             United States Magistrate Judge

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL         - 2 -