LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 09-00230 SBA

      Plaintiff,              **STIPULATION FOR ORDER
                                            AND ORDER ALLOWING
v.                                          DEFENDANT TO TRAVEL
                                            AND FOR RELEASE OF PASSPORT**
DAVID FOSTER CRANE,

      Defendant.                /
_____

IT IS HEREBY STIPULATED by the parties through their

counsel that defendant David Foster Crane may travel to Reno,

Nevada for four (4) days, leaving this District on or after

August 13, 2009 and returning no later than August 16, 2009.  It

is further stipulated that Mr. Crane may travel to Rockdale,

Texas for four (4) days, leaving this District on or after

September 10, 2009 and returning no later than September 13,

2009.

It is further stipulated that Mr. Crane be allowed to

possess his passport for his previously approved cruise to Alaska

from July 17, 2009 to July 25, 2009, as said cruise stops at the

Port of Victoria, Canada and a valid passport may be required for

re-entry into the United States.

The parties further stipulate that upon presentation of this

Stipulation and Order, the United States District Court Clerk for

the Northern District of California shall release Mr. Crane's

1  passport to him.  Mr. Crane shall return said passport to the

2  United States District Court Clerk for the Northern District of

3  California no later than July 26, 2009.

4       United States Pretrial Service Officer Paul Mamaril has

5  advised Mr. Crane's counsel that he does not oppose Mr. Crane's

6  travel as proposed by this stipulation, assuming compliance with

7  the conditions included.

8       It is further ordered that Mr. Crane, prior to his travel,

9  provide Pretrial Services Officer Mamaril his itinerary and

10  contact information where he may be reached in Alaska, Nevada and

11  Texas during his travels.  In addition, Mr. Crane is to

12  communicate with the supervising Pretrial Services Officer during

13  (as directed by Pretrial Services) and immediately after his

14  travel.  All other terms of Mr. Crane's initial pretrial release

15  shall remain in effect.

16       SO STIPULATED.

17

   ___7/9/09___                    ___/s/_____
18  Dated                           JAMES MANN
                                    Assistant United States Attorney
19

20
   ___7/9/09___                    ___/s/_____
21  Dated                           PAUL DELANO WOLF
                                    Attorney for Defendant
22                                  DAVID FOSTER CRANE

23
        SO ORDERED.
24

25
   _July 9, 2009____               _Wayne D. Brazil_____
26  Dated                           The HONORABLE WAYNE D. BRAZIL
                                    United States Magistrate Judge
27

28

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL          - 2 -