LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER** |
| v. | **ALLOWING DEFENDANT TO TRAVEL** |
| DAVID FOSTER CRANE, | |
| Defendant.                    / | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the

parties through their counsel that defendant David Foster Crane

may travel to:

New York City, New York, for seven (7) days, leaving

this District on or after October 10, 2009 and

returning no later than October 17, 2009,

and

Kona, Hawaii for seventeen (17) days, leaving this

District on or after December 19, 2009 and returning no

later that January 5, 2010.


United States Pretrial Service Officer Paul Mamaril has

advised Mr. Crane's counsel that he does not oppose Mr. Crane's

//

1  travel proposed by this stipulation assuming compliance with the

2  conditions included.

3         It is further ordered that Mr. Crane, prior to his

4  travel, provide Pretrial Services Officer Mamaril with

5  information regarding travel arrangements, including his

6  itinerary and contact information where he may be reached in

7  New York City and Hawaii during his stays there.  In addition,

8  Mr. Crane is to communicate with the supervising Pretrial

9  Services Officer during (as directed by Pretrial Services) and

10 immediately after his travel.

11        All other terms of Mr. Crane's initial pretrial release

12 shall remain in effect.

13         SO STIPULATED.

14

15 _____              ____/s/_____
   Dated                    JAMES MANN
                            Assistant United States Attorney

16

17

18 _____              ____/s/_____
   Dated                    PAUL DELANO WOLF
                            Attorney for Defendant
19                          DAVID FOSTER CRANE

20         SO ORDERED.

21
    September 23, 2009
22 Dated                    HONO_____BRAZIL
                            Unite_____ate Judge
23



24

25

26

27

28
   STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL          - 2 -