LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER RE:** |
| v. | **HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS** |
| DAVID FOSTER CRANE, | |
| Defendant. / | |

The above matter is currently set for a motions hearing date of February 23, 2010, with defendant's initial filing due January 15, 2010, the government's response due February 1, 2010 and the defendant's reply due February 8, 2010.  The parties request that the Court set the motion hearing date on or about April 27, 2010, with defendant's initial filing date no later than March 19, 2010, the government's response due no later than April 6, 2010, and the defendant's reply due no later than April 13, 2010.  The parties further request that the Court exclude time under the Speedy Trial Act between the date of this stipulation and April 27, 2010 or the date of the motions hearing.

//

1    A continuance and time exclusion is appropriate for
2 effective preparation by counsel for both parties as well as in
3 light of the parties' need to conduct legal research and factual
4 investigation related to the loss figure in this case.
5 Additionally, time exclusion is appropriate for continuity of
6 government counsel, as AUSA Wade Rhyne is set for trial before
7 Judge Jensen between February 16, 2010 and March 16, 2010 in *U.S.*
8 *v. Hakemian* and AUSA James Mann is set for trial before Judge
9 Armstrong between March 8, 2010 and March 26, 2010 in *U.S. v.*
10 *Darian Ray Thomas* and before Judge Jensen between April 12, 2010
11 and April 16, 2010 in *U.S. v. Omar Jamel Williams*.
12    The parties agree that the ends of justice will be
13 served by granting the continuance and that by doing so outweighs
14 the best interests of the public and the defendant in a speedy
15 trial.  Therefore, the parties stipulate and request that the
16 Court continue the motions hearing in this date as set forth
17 above and exclude time from the date of this stipulation until
18 the motions hearing date under the Speedy Trial Act for effective
19 preparation of counsel, research, investigation, and continuity
20 of counsel as well as preparation of pre-trial motions pursuant
21 to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

27 //

SO STIPULATED.

 1/15/2010
Dated

/s/
JAMES MANN
Assistant United States Attorney

 1/15/2010
Dated

/s/
PAUL DELANO WOLF
Attorney for Defendant
DAVID FOSTER CRANE

SO ORDERED.

 1/27/10
Dated

*Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States Magistrate Judge

STIPULATION AND ORDER RE: HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS     - 3 -