LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID FOSTER CRANE,<br><br>      Defendant.              / | No. CR 09-00230 SBA<br><br>**STIPULATION FOR ORDER AND [~~PROPOSED~~] ORDER RE: HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS** |

        The above matter is currently set for a motions hearing date of April 27, 2010, with defendant's initial filing due March 19, 2010, the government's response due April 6, 2010 and the defendant's reply due April 13, 2010.  The parties request that the Court set the motion hearing date on or about May 11, 2010, with defendant's initial filing date no later than April 2, 2010, the government's response due no later than April 20, 2010, and the defendant's reply due no later than April 27, 2010.  The parties further request that the Court exclude time under the Speedy Trial Act between the date of this stipulation and May 11, 2010 or the date of the motions hearing.

//

1       A continuance and time exclusion is appropriate for
2  effective preparation by counsel for both parties as well as in
3  light of the parties' continuing need to conduct legal research
4  and factual investigation related to the analysis of the loss
5  figure in this case.
6       Additionally, time exclusion is appropriate for continuity
7  of government counsel, as AUSA Wade Rhyne just finished a trial
8  and is out of the office for the next two weeks.  AUSA James Mann
9  is set for trial before Judge Jensen between April 12, 2010 and
10 April 16, 2010 in *U.S. v.* Omar *Jamel Williams*, which should last
11 approximately one week.
12      The parties agree that the ends of justice will be
13 served by granting the continuance and that by doing so outweighs
14 the best interests of the public and the defendant in a speedy
15 trial.  Therefore, the parties stipulate and request that the
16 Court continue the motions hearing in this case as set forth
17 above and exclude time from the date of this stipulation until
18 the motions hearing date under the Speedy Trial Act for effective
19 preparation of counsel, research, investigation, and continuity
20 of counsel as well as preparation of pre-trial motions pursuant
21 to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

27 //

STIPULATION AND ORDER RE: HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS      - 2 -

SO STIPULATED.

 3/18/2010
Dated                              /s/
                                   JAMES MANN
                                   Assistant United States Attorney


 3/18/2010
Dated                              /s/
                                   PAUL DELANO WOLF
                                   Attorney for Defendant
                                   DAVID FOSTER CRANE

**ORDER**

The time between the date this stipulation is signed and May 11, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective preparation of and continuity of counsel, taking into account the exercise of due diligence.

SO ORDERED.

3-19-10
_____                        _____
Dated                              HONORABLE SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

STIPULATION AND ORDER RE: HEARING DATE AND BRIEFING SCHEDULE FOR MOTIONS          - 3 -