```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| DAVID FOSTER CRANE, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant David Foster Crane may travel to the following destinations for the specified time periods:

1. New York City, New York for eight (8) days, leaving the District on or after April 24, 2010 and returning no later than May 1, 2010;

2. Kona, Hawaii for ten (10) days, leaving the District on or after May 22, 2010 and returning no later than May 30, 2010;

3. Austin, Texas for five (5) days, leaving the District on or after June 24, 2010 and returning no later than June 28, 2010;

4. Reno, Nevada for three (3) days, leaving the District

1  on or after July 9, 2010 and returning no later than
2  July 11, 2010.
3  United States Pretrial Service Officer Paul Mamaril has advised
4  Mr. Crane's counsel that he does not oppose Mr. Crane's travel
5  proposed by this stipulation assuming compliance with the
6  conditions included.
7  It is further ordered that Mr. Crane, prior to his
8  travel, provide Pretrial Services Officer Mamaril with
9  information regarding travel arrangements, including his
10 itinerary and contact information where he may be reached in New
11 York, Hawaii, Texas and Nevada during his travels.  In addition,
12 Mr. Crane is to communicate with the supervising Pretrial
13 Services Officer during (as directed by Pretrial Services) and
14 immediately after his travel.  All other terms of Mr. Crane's
15 initial pretrial release shall remain in effect.
16     SO STIPULATED.

17
   4/9/10                         /s/
18 Dated                           JAMES MANN
                                   Assistant United States Attorney
19

20
   4/9/10                         /s/
21 Dated                           PAUL DELANO WOLF
                                   Attorney for Defendant
22                                 DAVID FOSTER CRANE

23
        SO ORDERED.
24
   12 Apr 2010
25 Dated                           HONORABLE WAYNE D. BRAZIL
                                   United States Magistrate Judge
26

27

28
STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL         - 2 -