UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00230 SBA |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON SEPTEMBER 14, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| DAVID FOSTER CRANE, ) a/k/a "Mark Roberts," ) a/k/a "Mark Johnson," ) a/k/a "Thomas Gentry," ) ) ) | Date: May 11, 2010 Time: 11:00 a.m. Court: Hon. Saundra Brown Armstrong |
| Defendant. ) | |

The parties jointly requested that the motion hearing in this matter set for May 11, 2010 be vacated, and that this matter be set for change of plea and sentencing on September 14, 2010 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between May 6, 2010 and September 14, 2010 for (1) effective preparation and continuity of defense counsel, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties submitted a proposed plea agreement for the Court's consideration. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the parties requested that this matter be set on September 14, 2010 at 10:00 a.m. for change of plea and sentencing.

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON SEPTEMBER 14, 2010 & TO EXCLUDE TIME
No. CR-09-00230 SBA

Additionally, defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.

Moreover, the proposed plea agreement leaves open the amount of loss to be determined by the Court. The parties expect that legal argument, and possibly an evidentiary hearing, will be required for the determination of the loss amount, which is expected to have an impact on the eventual sentence. The parties need additional time to continue to investigate the amount of loss and to conduct legal research regarding the same. Furthermore, defendant's lead counsel is out of the state from May 24, 2010 through June 14, 2010 and for one or two weeks in July or early August. The parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on September 14, 2010 at 10:00 a.m., and that time between May 6, 2010 and September 14, 2010 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1) 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government, and (2) 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of defense counsel.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:5/10/10

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge