```
 1  LAW OFFICES OF PAUL DELANO WOLF
    Paul Delano Wolf, Bar No. 78624
 2  717 Washington Street, 2nd Floor
    Oakland, California 94607
 3  (510) 451-4600 Telephone
    (510) 451-3002 Fax
 4
    Attorney for Defendant
 5  DAVID FOSTER CRANE

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

 9

10
    UNITED STATES OF AMERICA,          No. CR 09-00230 SBA
11
            Plaintiff,                 STIPULATION AND
12                                     [PROPOSED] ORDER REGARDING
    v.                                 DEFENDANT'S RELEASE
13                                     CONDITIONS
    DAVID FOSTER CRANE,
14
            Defendant.         /
15
           IT IS HEREBY STIPULATED AND AGREED by and between
16
    defendant DAVID FOSTER CRANE, and the United States, by and
17
    through counsel, that Defendant may sell the following property
18
    that was used to secure his bond: 430 Navaro Place, #117, San
19
    Jose, CA.  Upon sale, the sellers' proceeds of such a sale shall,
20
    with specific instruction of the sellers (defendant David Crane
21
    and his wife Paula), be transferred through escrow to an account
22
    controlled by defendant's counsel (Client Trust Account for the
23
    Law Offices of Paul Delano Wolf at City National Bank) and remain
24
    on deposit there until after sentencing for the potential purpose
25
    of paying restitution ordered by the Court in this case.
26
           It is further STIPULATED that Defendant's Order Setting
27
    Conditions of Release and Appearance Bond be amended as follows:
28
    the property located at 430 Navaro Place, #117, San Jose, CA,
```

1   will be removed as security for defendant's bond and deleted from
2   the release order forthwith.  All other terms and conditions of
3   said release bond shall remain in full force and effect.
4          SO STIPULATED.

6   July 29, 2010                       /s/
    Dated                       JAMES C. MANN
7                               Assistant United States Attorney

8
    July 29, 2010                       /s/
9   Dated                       PAUL DELANO WOLF
                                Attorney for Defendant David Crane
10

11         SO ORDERED.

13   7/30/2010
    Dated                       HONORABLE DONNA RYU
                                United States Magistrate Judge

- 2 -