LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION AND ORDER OF RECONVEYANCE** |
| v. | |
| DAVID FOSTER CRANE, | |
| Defendant.             / | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant DAVID FOSTER CRANE, and the United States, by and through counsel, that the Clerk of the Court shall forthwith execute all documents necessary to reconvey the interest in the following property posted on behalf of defendant: 430 Navaro Place, #117, San Jose, California.

SO STIPULATED.

July 29, 2010                             /s/
Dated                         JAMES C. MANN
                              Assistant United States Attorney

July 29, 2010                             /s/
Dated                         PAUL DELANO WOLF
                              Attorney for Defendant David Crane

SO ORDERED.

 7/30/2010                    _____
Dated                         HONORABLE DONNA RYU
                              United States Magistrate Judge