UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00230 SBA |
| Plaintiff, | )<br>) | ORDER GRANTING STIPULATED |
| v. | )<br>) | REQUEST TO CONTINUE CHANGE OF<br>PLEA AND SENTENCING TO |
| DAVID FOSTER CRANE,<br>a/k/a "Mark Roberts,"<br>a/k/a "Mark Johnson,"<br>a/k/a "Thomas Gentry,"<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DECEMBER 7, 2010 AND TO EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     September 14, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Saundra Brown<br>            Armstrong |

The parties jointly requested that the motion hearing in this matter be vacated and that this matter be continued for change of plea and sentencing to December 7, 2010 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between today's date and December 7, 2010 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, to allow for additional time for the parties to investigate the loss calculation and restitution amount, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. AND [PROPOSED] ORDER TO CONT.
CHANGE OF PLEA & SENTENCING
TO DECEMBER 7, 2010 & TO EXCLUDE TIME
No. CR 09-00230 SBA

1  **IT IS HEREBY ORDERED** that this matter is continued for change of plea and
2  sentencing on December 7, 2010 at 10:00 a.m., and that time between September 14, 2010 and
3  December 7, 2010 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C.
4  § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into
5  by the defendant and the attorney for the government.

6  **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7  Presentence Investigation Report.

9  DATED:_8/25/10              *Saundra B Armstrong*
                                HON. SAUNDRA BROWN ARMSTRONG
10                               United States District Judge

STIP. REQ. AND [PROPOSED] ORDER TO CONT.
CHANGE OF PLEA & SENTENCING
TO DECEMBER 7, 2010 & TO EXCLUDE TIME
No. CR 09-00230 SBA