1 | MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

WADE M. RHYNE (CABN 216799)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Wade.Rhyne@usdoj.gov
            James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00230 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | CHANGE OF PLEA AND SENTENCING |
| v. ) | TO FEBRUARY 1, 2011 AND TO |
| ) | EXCLUDE TIME UNDER THE SPEEDY |
| DAVID FOSTER CRANE, ) | TRIAL ACT |
| a/k/a "Mark Roberts," ) | |
| a/k/a "Mark Johnson," ) | Date: December 7, 2010 |
| a/k/a "Thomas Gentry," ) | Time: 10:00 a.m. |
| ) | Court: Hon. Saundra Brown |
| ) | Armstrong |
| Defendant. ) | |
| ) | |

The above-captioned matter is set on December 7, 2010 before this Court for change of plea and sentencing. The parties request that this Court continue this matter to February 1, 2011, and that the Court exclude time pursuant to the Speedy Trial Act between the date of this stipulation and February 1, 2011 for (1) effective preparation and continuity of defense counsel, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

STIP. REQ. TO CONTINUE TO FEBRUARY 1, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA

1     The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and have submitted the proposed plea agreement to the Court.  To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the parties request that this matter be continued to February 1, 2011 at 10:00 a.m. for change of plea and sentencing (assuming the proposed plea agreement is acceptable to the Court).  Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between November 16, 2010 and February 1, 2011 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

    Additionally, the parties will require time to review the Presentence Investigation Report once it is completed, and to respond to the same.  The parties further require time to investigate, to conduct legal research related to the loss calculation, and to prepare sentencing memoranda for the Court.  Furthermore, defendant's lead counsel is out of the country from December 23, 2010 through January 10, 2011.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between November 16, 2010 and February 1, 2011 pursuant to the Speedy Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 16, 2010

_____/s/_____     _____/s/_____
WADE M. RHYNE                             PAUL DELANO WOLF
JAMES C. MANN                              LYNN M. KESLAR
Assistant United States Attorneys         Counsel for David Foster Crane
Counsel for United States

STIP. REQ. TO CONTINUE TO FEBRUARY 1, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00230 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING TO FEBRUARY 1, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| DAVID FOSTER CRANE, )<br>a/k/a "Mark Roberts," )<br>a/k/a "Mark Johnson," )<br>a/k/a "Thomas Gentry," ) | Date:   December 7, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong | |
| Defendant. ) | | |

The parties jointly requested that the change of plea and sentencing hearing in this matter be continued to February 1, 2011 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between November 16, 2010 and February 1, 2011 for (1) effective preparation and continuity of defense counsel, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties submitted a proposed plea agreement for the Court's consideration. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the parties requested that this matter be continued to February 1, 2011 at 10:00 a.m. for change of plea and sentencing.

1  Additionally, defendant agreed that the Court may review the pre-plea Presentence Investigation
2  Report even though he has not yet pleaded guilty.
3       Moreover, the parties will require time to review the Presentence Investigation Report
4  once it is completed and to respond to the same.  The parties further require time to investigate,
5  to conduct legal research related to the loss calculations, and to prepare sentencing memoranda
6  for the Court.  Further, defendant's lead counsel is out of the country from December 23, 2010
7  through January 10, 2011.  The parties agreed the ends of justice served by granting the
8  continuance outweigh the best interests of the public and defendant in a speedy trial.
9       Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and
10 3161(h)(7)(A) and (B)(iv),
11      **IT IS HEREBY ORDERED** that the change of plea and sentencing hearing in this
12 matter be continued to February 1, 2011 at 10:00 a.m., and that time between November 16,
13 2010 and February 1, 2011 is excluded pursuant to the Speedy Trial Act, and specifically
14 pursuant to (1) 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea
15 agreement to be entered into by the defendant and the attorney for the government, and (2) 18
16 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of
17 defense counsel.
18      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
19 Presentence Investigation Report.
20
21 DATED:_11/18/10                           _Saundra B Armstrong_____
22                                          HON. SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
23
24
25
26
27
28

STIP. REQ. TO CONTINUE TO FEBRUARY 1, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA