1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00230 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF |
| v. | ) ) | PLEA AND SENTENCING TO FEBRUARY 15, 2011 AND TO EXCLUDE |
| DAVID FOSTER CRANE, a/k/a "Mark Roberts," | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| a/k/a "Mark Johnson," a/k/a "Thomas Gentry," | ) ) ) | Date:   February 1, 2011 Time:   10:00 a.m. Court:  Hon. Saundra Brown Armstrong |
| Defendant. | ) ) | |

The parties jointly requested that the change of plea and sentencing hearing in this matter set for February 1, 2011 be continued two weeks, to February 15, 2011 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between February 1, 2011 and February 15, 2011 for (1) effective preparation of counsel, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties previously submitted a proposed plea agreement for the Court's consideration. To allow time for the Court to continue to consider the proposed plea agreement and for the parties to attempt to resolve pending objections to the PSR, the parties requested that this matter be continued to February 15, 2011 at 10:00 a.m. for change of plea and sentencing. Additionally, defendant continues to agree that the Court may review the pre-plea PSR even though he has not yet pleaded guilty.

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 15, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA

1  Moreover, the proposed plea agreement leaves open the amount of loss to be determined
2  by the Court. The parties expect that legal argument, and possibly an evidentiary hearing, will
3  be required for the determination of the loss amount, which is expected to have an impact on the
4  eventual sentence. The parties need additional time to continue to investigate the amount of loss
5  and to conduct legal research regarding the same. The parties further need additional time to
6  prepare for sentencing. The parties agreed the ends of justice served by granting the continuance
7  outweigh the best interests of the public and defendant in a speedy trial.

8  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and
9  3161(h)(7)(A) and (B)(iv),

10 **IT IS HEREBY ORDERED** that this matter is continued for change of plea and
11 sentencing to February 15, 2011 at 10:00 a.m., and that time between February 1, 2011 and
12 February 15, 2011 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1)
13 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be
14 entered into by the defendant and the attorney for the government, and (2) 18 U.S.C. §§
15 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

16 **IT IS FURTHER ORDERED** that the United States Probation Office shall continue to
17 prepare the Presentence Investigation Report.

19 DATED:1/25/11
   HON. SAUNDRA BROWN ARMSTRONG
20 United States District Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 15, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA