UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> DAVID FOSTER CRANE, <br>   a/k/a "Mark Roberts," <br>   a/k/a "Mark Johnson," <br>   a/k/a "Thomas Gentry," <br><br>     Defendant. | No. CR-09-00230 SBA <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING TO MAY 3, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: March 8, 2011 <br> Time: 10:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the change of plea and sentencing hearing in this matter set for March 8, 2011 be continued to May 3, 2011 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between February 4, 2011 and May 3, 2011 for (1) continuity of counsel, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

Counsel for the United States is unavailable between March 1, 2011 and March 18, 2011. Specifically, James C. Mann, is out of the office and unavailable between March 1, 2011 and March 7, 2011; Wade M. Rhyne is out of the office and unavailable between March 1, 2011 and March 18, 2011. Additionally, defense counsel is unavailable due to other court appearances on March 1, 2011 and March 8, 2011, and is planning to be out of the country from March 25, 2011

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO MAY 3, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA

1  until April 4, 2011.  Defense counsel is also unavailable due to other court appearances on April
2  19, 2011 and April 26, 2011.  The parties, therefore, requested that the change of plea and
3  sentencing hearing be continued to May 3, 2011 to allow the parties time to submit sentencing
4  memoranda and to prepare for the sentencing hearing.  The parties agreed the ends of justice
5  served by granting the continuance outweigh the best interests of the public and defendant in a
6  speedy trial.  Therefore, the parties further stipulated and requested that the Court exclude time
7  between February 4, 2011 and May 3, 2011 pursuant to the Speedy Trial Act for continuity of
8  counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
9      Additionally, since the proposed plea agreement has been submitted to the Court, the
10 parties stipulated and agreed that the time between February 4, 2011 and May 3, 2011 should be
11 excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
12 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
13 the defendant and the attorney for the government.
14     Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and
15 3161(h)(7)(A) and (B)(iv),
16 **IT IS HEREBY ORDERED** that the change of plea and sentencing hearing in this
17 matter is continued to May 3, 2011 at 10:00 a.m., and that time between February 4, 2011 and
18 May 3, 2011 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1) 18
19 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be
20 entered into by the defendant and the attorney for the government, and (2) 18 U.S.C. §§
21 3161(h)(7)(A) and (B)(iv), for continuity of counsel.

24 DATED:2/9/11                                  _____
25                                               HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO MAY 3, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA