```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| DAVID FOSTER CRANE, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant David Foster Crane may travel to the Island of Hawaii for eight (8) days, leaving this District on or after March 22, 2011 and returning no later that April 2, 2011.

United States Pretrial Service Officer Paul Mamaril has advised Mr. Crane's counsel that he does not oppose Mr. Crane's travel proposed by this stipulation, as the government does not object to such travel.

It is further Ordered that Mr. Crane, prior to his travel, provide Pretrial Services Officer Mamaril with information regarding travel arrangements, including his itinerary and contact information where he may be reached in Hawaii during his stay there. In addition, Mr. Crane is to

1  communicate with the supervising Pretrial Services Officer during
2  (as directed by Pretrial Services) and immediately after his
3  travel.
4           All other terms of Mr. Crane's initial pretrial release
5  shall remain in effect.
6           SO STIPULATED.

7
   _____                    ___/s/_____
8  Dated                          JAMES MANN
                                  Assistant United States Attorney
9

10
   _____                    ___/s/_____
11 Dated                          PAUL DELANO WOLF
                                  Attorney for Defendant
12                                DAVID FOSTER CRANE

13
            SO ORDERED.
14
   February 17, 2011              _____
15 Dated                          LAUREL BEELER
                                  United States Magistrate Judge
16

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL        - 2 -