1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID FOSTER CRANE,<br>  a/k/a "Mark Roberts,"<br>  a/k/a "Mark Johnson,"<br>  a/k/a "Thomas Gentry,"<br><br>    Defendant. | No. CR-09-00230 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING TO MAY 26, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  May 4, 2011<br>Time:  3:00 p.m.<br>Court:  Hon. Saundra Brown Armstrong |

This matter was set before this Court for change of plea and sentencing on May 4, 2011. The Court continued the matter to May 26, 2011 at 10:00 a.m. to allow the Court additional time to consider the Pre-Plea Presentence Investigation Report and the parties' sentencing submissions. The parties, therefore, jointly requested that time be excluded pursuant to the Speedy Trial Act between May 3, 2011 and May 26, 2011 for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

Since the proposed plea agreement has been submitted to the Court, the parties stipulated and agreed that the time between May 3, 2011 and May 26, 2011 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO MAY 26, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA

1 by the Court of a proposed plea agreement to be entered into by the defendant and the attorney
2 for the government.
3    Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),
4    **IT IS HEREBY ORDERED** that the change of plea and sentencing hearing in this
5 matter is continued to May 26, 2011 at 10:00 a.m., and that time between May 3, 2011 and May
6 26, 2011 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
7 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
8 the defendant and the attorney for the government.

11 DATED:5/4/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO MAY 26, 2011 & TO EXCLUDE TIME
No. CR-09-00230 SBA