LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
DAVID FOSTER CRANE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00230 SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER** |
| v. | **CONTINUING SURRENDER DATE** |
| DAVID FOSTER CRANE, | |
| Defendant.       / | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant David Foster Crane may surrender to begin serving his sentence on August 16, 2011 instead of July 15, 2011 because Mr. Crane has not yet been designated by the Federal Bureau of Prisons and the parties see no reason that he should surrender now and wait for his designation in custody.

Mr. Crane's Pretrial Services Officer, Paul Mamaril, has been notified of this request and does not object to the continuance of Mr. Crane's surrender date. All terms of Mr. Crane's initial pretrial release shall remain in effect.

//

SO STIPULATED.

 7/8/11
Dated

/s/
JAMES MANN
Assistant United States Attorney

 7/8/11
Dated

/s/
PAUL DELANO WOLF
Attorney for Defendant
DAVID FOSTER CRANE

SO ORDERED.

7/11/11
Dated

*Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION FOR ORDER AND ORDER ALLOWING CONTINUANCE OF SURRENDER DATE        - 2 -