MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
JAMES C. MANN (CABN 221603)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Wade.Rhyne@usdoj.gov
            James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00230 SBA |
|    Plaintiff, | STIPULATED REQUEST TO AMEND RESTITUTION ORDER |
| v. | |
| DAVID FOSTER CRANE,<br>  a/k/a "Mark Roberts,"<br>  a/k/a "Mark Johnson,"<br>  a/k/a "Thomas Gentry," | |
|    Defendant. | |

     The United States, by its undersigned counsel, and defendant, David Foster Crane, by his undersigned counsel, agree and stipulate as follows:

     1.    On May 26, 2011, this Court sentenced defendant David Foster Crane to 57 months imprisonment and three years of supervised release. The Court also ordered defendant to pay a $50,000 fine, $34,250 in restitution (based upon the parties' agreement), and a $100 special assessment. The Court's sentence is documented in the Judgment In A Criminal Case filed on May 31, 2011 (Docket No. 66).

STIP. REQ. TO AMEND RESTITUTION ORDER
No. CR-09-00230 SBA

2. After sentence was imposed, the United States learned that one victim was inadvertently omitted from the restitution order. Pursuant to Title 18, United States Code, Section 3664(d)(5), the parties hereby agree and stipulate that the Judgment should be amended to order defendant David Foster Crane to pay restitution in the amount of $34,349.00.

**IT IS SO STIPULATED.**

DATED: August 30, 2011

_____/s/_____  _____/s/_____
WADE M. RHYNE                         PAUL DELANO WOLF
JAMES C. MANN                         Attorney for Defendant David Foster Crane
Assistant United States Attorneys
Counsel for United States

STIP. REQ. TO AMEND RESTITUTION ORDER
No. CR-09-00230 SBA

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00230 SBA |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO AMEND RESTITUTION ORDER |
| v. ) | |
| DAVID FOSTER CRANE, ) a/k/a "Mark Roberts," ) a/k/a "Mark Johnson," ) a/k/a "Thomas Gentry," ) | |
| Defendant. ) | |

Pursuant to the parties' agreement, the Judgment in the above-entitled matter shall be amended to include a restitution order in the amount of $34,349.00.

**IT IS HEREBY ORDERED**, pursuant to Title 18, United States Code, Section 3664(d)(5), that the Judgment in the above-entitled matter shall be amended to order defendant David Foster Crane to pay $34,349.00 in restitution.

DATED:_9/6/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO AMEND RESTITUTION ORDER
No. CR-09-00230 SBA